IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAKELAND WEST CAPITAL XXI, LLC                                                PLAINTIFF

v.                                        Case No. 6:20-cv-6008

HSHF PROPERTIES, LLC; HOT SPRINGS
HEALTH AND FITNESS, INC.;
GRADY BEAN; DORA BEAN;
FFC, LLC d/b/a/ FIRST CAPITAL;
STATE OF ARKANSAS;
ARVEST BANK; and
STATE OF ARKANSAS, COMMISSIONER
OF STATE LANDS                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. (ECF No. 16). The Court finds that no response is necessary and that the matter is ripe for consideration.

On January 24, 2020, Plaintiff filed this action. On February 19, 2020, Plaintiff filed the instant motion and informs the Court that the parties resolved the issues in this matter. Accordingly, Plaintiff asks the Court to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).[1]

An action may be dismissed by court order at Plaintiff's request, on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should

---

[1] Plaintiff could have also filed a notice of dismissal because Defendants have not filed an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). A notice of dismissal is self-executing and would require no action or approval from the court. *Safeguard Bus. Sys., Inc. v. Hoeffel*, 907 F.2d 861, 863-64 (8th Cir. 1990). Although some courts construe Rule 41 motions for voluntary dismissal as self-executing notices despite being styled as a motion, *see, e.g.*, *Ventura-Vera v. Dewitt*, 417 Fed. App'x 591, 591-92 (8th Cir. 2011), Plaintiff specifically invoked Rule 41(a)(2), so the Court will analyze the instant motion under that framework.

not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court sees no good reason to deny the instant motion. No party will be prejudiced by the dismissal of Plaintiff's complaint. Accordingly, Plaintiff's motion (ECF No. 16) is hereby **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge